### CITY OF BIRMINGHAM V. ABBOTT.

(Decided November 30, 1911.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

No counsel marked for either party.

Per curiam. Appeal dismissed.